**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam Roter,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Walgreen Inc.,<br><br>　　　　Defendant. | Case No. 2:19-cv-07479 FMO (PJWx)<br><br>**ORDER RE: STIPULATION [28] AND JOINT REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 20, 2019<br>Trial Date: None<br>District Judge: Hon. Fernando M. Olguin<br>　　Courtroom 6D, First St.<br>Magistrate Judge: Hon. Patrick J. Walsh<br>　　Courtroom 790, Roybal |

1 | Pursuant to the Stipulation and Joint Request for Voluntary Dismissal of
2 | Entire Action with Prejudice and GOOD CAUSE appearing therefore, IT IS
3 | HEREBY ORDERED that the above-referenced action be and hereby is dismissed in
4 | its entirety, with prejudice.  Each party shall bear his/its own costs and fees.

6 | IT IS SO ORDERED.

8 | DATED:  May 20, 2020                    /s/
       | Hon. Fernando M. Olguin

42900911.1